# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV27

| | |
|---|---|
| **MINUTE MAN ANCHORS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **OLIVER TECHNOLOGIES, INC.,** ) | |
| **and JAMES OLIVER, an** ) | |
| **individual,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court upon the Plaintiff's motion for admission *pro hac vice* of Cort Flint, to appear as counsel in this matter, filed June 29, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Cort Flint is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk.

2

Signed: June 30, 2006

Lacy H. Thornburg
United States District Judge