# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:04CV27

| | |
|---|---|
| **MINUTE MAN ANCHORS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **OLIVER TECHNOLOGIES, INC.,** ) | |
| and **JAMES OLIVER**, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the filing of the Plaintiff's Response to Defendants' Opening Brief on Claim Construction and Plaintiff's motion for summary judgment of non-infringement, both filed July 17, 2006.

The Court finds that, although a reply brief regarding claim construction from the Defendants is unnecessary, a response to the summary judgment motion is appropriate.

**IT IS, THEREFORE, ORDERED** that the Defendants file response to the Plaintiff's motion for summary judgment on or before August 3, 2006.

2

Signed: July 19, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge