IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV27

| | |
|---|---|
| MINUTE MAN ANCHORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| OLIVER TECHNOLOGIES, INC., ) | |
| and JAMES OLIVER, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on the Defendants' request for permission to file a motion for admission pro hac vice.

For cause shown and the Plaintiff having no objections,

IT IS, THEREFORE, ORDERED that the Defendants' request for permission to file a motion for admission pro hac vice is ALLOWED.

Signed: November 8, 2006

Lacy H. Thornburg
United States District Judge