# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV27

| | |
|---|---|
| MINUTE MAN ANCHORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| OLIVER TECHNOLOGIES, INC., and ) | |
| JAMES OLIVER, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendants' motion for admission *pro hac vice* of Carl M. Davis, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and Carl M. Davis, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: November 8, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge